```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

REBECCA GONZALEZ,

        Plaintiff,
v.                                    Case No.: 8:08-cv-1786-T33MAP

J.C. PENNY CORP., INC.,

        Defendant.
_____/

## ORDER

This matter is before the Court *sua sponte*. On January 21, 2009, the parties filed a notice regarding mediator selection (the "Notice," Doc. # 14) indicating that a mediation conference will be held before Roger C. Benson on or before May 15, 2009. The record does not reflect that the mediation was conducted as scheduled. If the parties did mediate this case on May 15, 2009, the mediator failed to file a report as required by Local Rule 9.06(a), M.D. Fla.

Accordingly, within seven (7) days of the date of this Order, the parties shall file a joint mediation status report. The status report should indicate the date, time and location of the mediation, as well as the name of the mediator if this information varies from the Notice.

Accordingly, it is

**ORDERED, ADJUDGED, AND DECREED:**

The parties shall file a joint mediation status report

within seven (7) days of the date of this Order.

**DONE** and **ORDERED** from Chambers in Tampa, Florida, on this 20th day of July 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record