UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBECCA GONZALEZ,

    Plaintiff,
v.                        Case No.: 8:08-cv-1786-T-33MAP

J.C. PENNY CORP., INC.,

    Defendant.
_____/

**ORDER**

The parties' Joint Stipulation and Motion for Dismissal with Prejudice (Doc. 17) is before the Court for consideration. The parties inform the Court that they have settled this case and seek an order dismissing it with prejudice, with each party to bear their respective attorneys' fees and costs.

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

This case is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 9th day of September 2009.

                                    VIRGINIA M. HERNANDEZ COVINGTON
                                    UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record